## ASSOCIATED TRUCK LINES, INC., ET AL. v. UNITED STATES ET AL.

No. 997.   Decided February 24, 1970

Conrad A. Bradshaw, Peter T. Beardsley, R. Edwin Brady, Albert B. Rosenbaum, Roland Rice, and Richard R. Sigmon for appellants.

Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Robert W. Ginnane, and Fritz R. Kahn for the United States et al., and Edward A. McCabe for National Furniture Traffic Conference, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## KELLY ET UX. v. MOUNTAIN STATES TELEPHONE & TELEGRAPH CO.

No. 1077.   Decided February 24, 1970

Gilbert M. Westa for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.